UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GILBERT,

    Petitioner,

v.

JAMES A. YATES, warden,

    Respondent.

                            /

No. C 06-3967 SI (pr)

**ORDER TO SHOW CAUSE**

### INTRODUCTION

Joseph Gilbert, currently incarcerated at Pleasant Valley State Prison, filed this pro se action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His petition is now before the court for review pursuant to 28 U.S.C. §2243 and Rule 4 of the Rules Governing Section 2254 Cases.

### BACKGROUND

The petition contains the following information: Gilbert was convicted in the San Mateo County Superior Court of attempted murder, carjacking, robbery, kidnapping, assault with a deadly weapon, and residential burglary. Several sentence enhancement allegations were found true. Gilbert was sentenced in December 2003 to a term of 40 years to life in prison. He appealed. The California Court of Appeal affirmed his conviction and the California Supreme Court denied his petition for review. He then filed this action.

**DISCUSSION**

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A district court considering an application for a writ of habeas corpus shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false. See Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990).

The petition presents three claims for relief: (1) the consolidation of his case with a co-defendant's case for trial violated due process, (2) the denial of Gilbert's motion to bifurcate trial on the gang enhancement allegations violated due process, and (3) the imposition of a consecutive life sentence for crimes Gilbert committed as a minor amounted to cruel and unusual punishment. Liberally construed, the claims are cognizable in a federal habeas action and warrant a response from respondents.

**CONCLUSION**

For the foregoing reasons,

1. The claims identified above are cognizable claims for federal habeas relief and warrant a response.

2. The clerk shall serve by certified mail a copy of this order, the petition and all attachments thereto upon respondents and respondents' attorney, the Attorney General of the State of California. The clerk shall also send a copy of this order to petitioner.

3. Respondents must file and serve upon petitioner, on or before **January 12, 2007**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondents must file with

the answer a copy of the record of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

4. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on respondent on or before **February 16, 2007**.

5. Petitioner is responsible for prosecuting this case. Petitioner must promptly inform the court of any change of address and must comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Petitioner is cautioned that he must include the case name and case number for this case on any document he submits to this court for consideration in this case.

6. Petitioner's in forma pauperis application is DENIED as unnecessary because he paid the filing fee. (Docket # 3.)

IT IS SO ORDERED.

DATED: November 7, 2006

                                           SUSAN ILLSTON
                                    United States District Judge