UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GILBERT,<br><br>             Petitioner,<br><br>   v.<br><br>JAMES A. YATES, warden,<br><br>             Respondent.<br>                                                          / | No. C 06-3967 SI (pr)<br><br>**ORDER DENYING PAUPER APPLICATION** |

Petitioner's motion to proceed in forma pauperis on appeal is DENIED for failure to provide the information required by Federal Rule of Appellate Procedure 24(a)(1)(B) & (C). (Docket # 16.)  This denial is without prejudice to him filing a request in the Ninth Circuit Court of Appeals to proceed in forma pauperis on appeal.  See Fed. R. App. P. 24(a)(5).

IT IS SO ORDERED.

DATED:   May 23, 2007

                                                                    _____
                                                                    SUSAN ILLSTON
                                                                    United States District Judge